1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division
4  KENNETH CHAMBERS (NYBN 5559885)
   Assistant United States Attorney
5
6      1301 Clay Street, Suite 340S
       Oakland, California 94612
7      Telephone: (510) 637-3680
       FAX: (510) 637-3724
8      Kenneth.chambers@usdoj.gov

   Attorneys for United States of America
9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         OAKLAND DIVISION
12

13  UNITED STATES OF AMERICA,        )  NO. CR 4:23-CR-00341-HSG
                                     )
14         Plaintiff,                )  **STIPULATION TO EXCLUDE TIME FROM**
                                     )  **OCTOBER 25, 2023 TO DECEMBER 20, 2023**
15     v.                            )  **AND ORDER**
                                     )
16  JIANNA COPPEDGE,                 )
                                     )
17         Defendant.                )
                                     )
18

19      It is hereby stipulated by and between counsel for the United States and counsel for the

20  defendant JIANNA COPPEDGE, that time be excluded under the Speedy Trial Act from October 25,

21  2023 through December 20, 2023.

22      At the status conference held on October 25, 2023, the government and counsel for the defendant

23  agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to

24  prepare, including by reviewing the discovery already produced. For this reason and as further stated on

25  the record at the status conference, the parties stipulate and agree that excluding time until December 20,

26  2023 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties

27  further stipulate and agree that the ends of justice served by excluding the time from October 25, 2023

28  through December 20, 2023 from computation under the Speedy Trial Act outweigh the best interests of

   STIPULATION TO EXCLUDE TIME AND ORDER
   Case No. CR   4:23-CR-00341

1  the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

2      The undersigned Assistant United States Attorney certifies that he has obtained approval from
3  counsel for the defendant to file this stipulation and proposed order.

5      IT IS SO STIPULATED.

6  DATED:                                        /s/ *Kenneth Chambers*
7                                               **KENNETH CHAMBERS**
                                             Assistant United States Attorney

8  DATED:                                        /s/ *Mark Goldrosen*
9                                               **MARK GOLDROSEN**
                                             Counsel for Defendant JIANNA COPPEDGE

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on **October 25, 2023** and for good cause shown, the Court finds that failing to exclude the time from October 25, 2023 through December 20, 2023 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from October 25, 2023 through December 20, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, **IT IS HEREBY ORDERED** that the time from October 25, 2023 through December 20, 2023 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**IT IS SO ORDERED**.

DATED:   10/27/2023

**HON. HAYWOOD S. GILLIAM, JR.**
United States District Judge